**Order entered October 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00764-CV

### MARY BRUNER, Appellant

### V.

### M. HANNAH CONSTRUCTION, ET AL., Appellees

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 81,366**

## ORDER

In a notice dated July 22, 2015, the Court notified Stacey Landrum, Hunt County District Clerk, that the clerk's record was past due and directed her to file the clerk's record within thirty days. As of today's date, the clerk's record has not been filed.

Accordingly, we **ORDER** Ms. Landrum to file, by **OCTOBER 30, 2015**, (1) the clerk's record, (2) written verification that appellant has not requested preparation of the clerk's record, or (3) written verification that appellant has not paid or made arrangements to pay for the clerk's record.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Landrum and counsel for all parties.

/s/    ELIZABETH LANG-MIERS
JUSTICE